UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ZACKERY POTTEIGER,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:26-cv-00615-ART-CSD

ORDER

*Pro se* Petitioner Zackery Potteiger filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 5 ("Petition").) On August 19, 2026, this Court screened the Petition and found that the appointment of counsel was warranted, giving Potteiger until September 18, 2026, to file a motion for the appointment of counsel. (ECF No. 4.) Potteiger timely filed a motion for the appointment of counsel on August 24, 2026. (ECF No. 6.)

It is therefore ordered that the motion for appointment of counsel (ECF No. 6) is granted. The Federal Public Defender is provisionally appointed as counsel for Potteiger and will have 30 days to (1) undertake direct representation of Potteiger by filing a notice of appearance or (2) indicate the office's inability to represent Potteiger in these proceedings. If the Federal Public Defender is unable to represent Potteiger, the Court will appoint alternate counsel. Appointed counsel will represent Potteiger in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance.

It is further kindly ordered that the Clerk of the Court (1) send the Federal Public Defender a copy of this Order and all items previously filed in this case by regenerating the Notices of Electronic Filing and (2) send a copy of this Order to

Potteiger and the CJA Coordinator for this division.

It is further ordered that any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Potteiger remains responsible for calculating the running of the federal limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the court makes no finding or representation that the Petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

DATED THIS 25th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE